# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GUILLERMO E. HERRARA** and **MERCEDES BUSTAMANTE** | : : : | **CIVIL ACTION** |
| v. | : : | |
| **LIBERTY INSURANCE CORPORATION** | : | **NO. 21-1819** |

## ORDER

**NOW,** this 28th day of April, 2021, upon consideration of the Notice of Removal (Document No. 1) and the plaintiffs' complaint, it is **ORDERED** that pursuant to 28 U.S.C. § 1447(c), this action is **REMANDED** to the state court from which it was removed.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.